UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHIBUZOR SUNNY CHUKWUEKE, | No. 1:26-cv-04314-DJC-CKD |
| Petitioner, | |
| v. | ORDER |
| WARDEN, et al., | A# 240-137-385 |
| Respondents. | |

Petitioner Chibuzor Sunny Chukwueke is an immigration detainee proceeding with a Petition for Writ of Habeas Corpus (ECF No. 1) and Motion for Temporary Restraining Order (ECF No. 2).  The Court initially ordered Respondents to respond to the Petition and Motion, noting similarities between this case and prior orders issued by the Court.  (*See* ECF No. 7 (citing *See Garcia Mariagua v. Chestnut*, No. 1:25-cv-01744-DJC-CSK; *Ortega v. Noem*, No. 1:25-cv-01663-DJC-CKD; and *Lopez v. Lyons*, No. 2:25-cv-03174-DJC-CKD).)  However, Respondents have now provided evidence that Petitioner received a custody redetermination hearing on April 16, 2026.  (*See* ECF No. 8-2.)  As such, Petitioner is not entitled to relief on the grounds stated in his Petition.

Accordingly, Petitioner's Petition for Writ of Habeas Corpus (ECF No. 1) is DENIED.[1]  The Clerk of the Court is directed to closed this case.  This order resolves all pending motions.

IT IS SO ORDERED.

Dated:   **June 22, 2026**

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE

---

[1] This denial is without prejudice to Petitioner seeking habeas relief on any other grounds in a future habeas petition.

2